# UNITED STATES DISTRICT COURT; FEDERAL COURT; EASTERN DISTRICT COURT TENNESSEE

| | |
|---|---|
| Carlos Williams ) | Claim No. 897245 |
| Claimant ) | Nature of claim: Tort Claim; Fraud, |
| ) | trespass, infringement, harm, and, injury |
| ) | |
| Vs. ) | (verified) |
| ) | |
| Pamela C. Harney; State Employee ) | |
| Larry L. Henry; State Employee ) | |
| Robert D. Philyaw; State Empoloyee ) | |
| Gary D. Behler; State Employee ) | |
| David A. Sanchez; State Employee ) | |
| Judith M. Turcott; State Employee ) | |
| Kathy J. Clark; State Employee ) | |
| Patricia D. Kirby; State Employee ) | |
| Charles Bryson; State Employee ) | |
| Saizon Lockridge; State Employee ) | |
| Simile Nichole Pearson; wrongdoer ) | |
| Sada Strickland Torrey; wrongdoer ) | |
| Neil Thomas III; State Employee ) | |
| STATE OF TENESSEE DEPARTMENT OF HUM- ) | |
| AN SERVICES ) | |
| Wrongdoer(s) ) | |

## Claim

Comes now i, the aggrieved; Carlos Williams claim that all said wrongdoers infringed, trespassed, harmed and caused injury to i and my person; my property under the fifth amendment and my common law rights. Compensation due for continual said wrongs: nine-million dollars.

*Carlos Williams Claimant/aggrieved*