UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CARLOS WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAMELA C. HARNEY, et al., ) <br> ) <br> Defendants. ) | No. 1:17-cv-00090 <br> REEVES/STEGER |

# JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Defendant's motion to dismiss is **GRANTED**, and Plaintiff's claims against all Defendants are **DISMISSED**, **with prejudice.**

The Clerk is **DIRECTED** to close the case**.**

Enter:

_/s/ Pamela L. Reeves_
**UNITED STATES DISTRICT JUDGE**